IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilcopolski, Keith P  
Wilcopolski, Selena S  
Printed: 10/29/08

Case Number: 08 B 05473  
Judge: Squires, John H  
Filed: 3/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008  
Confirmed: May 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 812.00 |  |
| Secured: |  | 759.22 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 52.78 |
| Other Funds: |  | 0.00 |
| Totals: | 812.00 | 812.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,800.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 4. | Nationwide Cassel | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 409.80 | 18.67 |
| 6. | Consumer Portfolio Services | Secured | 19,362.43 | 714.51 |
| 7. | Wolfgang Denton | Secured | 204.96 | 26.04 |
| 8. | EMC Mortgage Corporation | Secured | 3,000.00 | 0.00 |
| 9. | Washington Mutual | Secured | 28,563.17 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 54.40 | 0.00 |
| 11. | Nationwide Cassel | Unsecured | 189.88 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 41.70 | 0.00 |
| 13. | Consumer Portfolio Services | Unsecured | 62.38 | 0.00 |
| 14. | Nicor Gas | Unsecured | 92.28 | 0.00 |
| 15. | Cook County Treasurer | Secured | | No Claim Filed |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Archer Heights Credit Union | Unsecured | | No Claim Filed |
| 18. | QC Financial Services | Unsecured | | No Claim Filed |
| | | | $ 54,781.00 | $ 759.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 52.78 |
| | $ 52.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilcopolski, Keith P<br>Wilcopolski, Selena S<br>Printed: 10/29/08 | Case Number:  08 B 05473<br>Judge:  Squires, John H<br>Filed:  3/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

